Argued September 20, affirmed September 20, 1971

# STATE OF OREGON, *Respondent, v.*
# EDDIE LEE GOLIDY (C-58298), *Appellant.*

488 P2d 470

*R. Ryan Lawrence,* Portland, argued the cause for appellant. With him on the brief were Susak and Lawrence, Portland.

*Thomas H. Denney,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and Jacob B. Tanzer, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and LANGTRY and THORNTON, Judges.

AFFIRMED FROM THE BENCH.